# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN S. PULIDO-SANCHEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BANK OF NEW YORK MELLON, fka ) <br> BANK OF NEW YORK, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:13-cv-01262-APG-GWF <br><br> **ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated July 17, 2013, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **August 19, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 8th day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge