# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH M. COSBY, individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby; JANA M. COSBY, individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby; JMC TRUST, as the Alter Ego and/or Nominee of Defendants Joseph M. Cosby and Jana M. Cosby; and JAMES B. NUTTER & COMPANY,<br><br>  Defendants. | Case No. 2:13-cv-01374-GMN-PAL<br><br>ORDER ON MOTION<br>TO CONTINUE THE DECEMBER 3, 2013 SCHEDULING AND CASE MANAGEMENT CONFERENCE BEFORE MAGISTRATE JUDGE PEGGY A. LEEN |

The United States of America moved to continue the Case Management and Scheduling Conference presently set for 8:30 AM in Las Vegas Courtroom 3B.  This Court having considered the motion, being fully advised of the premises and for good cause shown,

IT IS HEREBY ORDERED that the motion is granted as follows:

The Scheduling and Case Management Conference is reset for December 17, 2013, at ; :22 AM in Las Vegas Courtroom 3B before Magistrate Judge Peggy A. Leen.


SO ORDERED, this 47ÿ day of 'P qxgo dgt.' 2013.

_____
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

On this date, I filed the foregoing with the Clerk of Court using the CM/ECF system, and I deposited the foregoing, postage prepaid, in the U.S. Mail addressed to the following:

| | |
|---|---|
| Kenneth A. Burns | John W. Simpson |
| KOLESAR & LEATHAM | SHOOK, HARDY & BACON L.L.P. |
| 400 S. Rampart Blvd., Suite 400 | 2555 Grand Boulevard |
| Las Vegas | NV 89145 | Kansas City, Missouri  64108 |
| Tel:    702.362.7800 | Tel:  816.559.2453 |
| Fax:   702.362.9472 | Fax:  816.421.5547 |
| *Attorney for Joseph M. and Jana M. Cosby* | *Attorney for James B. Nutter Company* |

/s/ Lee Perla
LEE PERLA
Trial Attorney
U.S. Department of Justice