Tony M. Diab (NBN: 12954)
tdiab@shb.com
SHOOK HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614

Robert Flummerfelt (NBN: 11122)
7251 W. Lake Mead Blvd #300
Las Vegas, NV 89128
P: 702-562-4144
F: 702-866-9868

Attorneys for Defendant
James B. Nutter & Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH M. COSBY, individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby; JANA M. COSBY, individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. and Jana M. Cosby; and JAMES B. NUTTER & COMPANY,<br><br>　　　　　Defendants. | CASE NO: 13-cv-01374-GMN-PAL<br>Hon. Peggy A. Leen<br><br>**ORDER GRANTING REQUEST TO APPEAR AT HEARING BY TELEPHONE**<br><br>Date:　December 17, 2013<br>Time:　9:00 a.m.<br>Ctrm.:　3B |

　　　　Having considered James B. Nutter & Company's request to appear at the scheduling conference set for December 17, 2013 at 9:00 a.m. by telephone, and good cause appearing therefore, **THE COURT HEREBY GRANTS** leave for Tony M.

---

[PROPROSED] ORDER GRANTING
REQUEST FOR TELEPHONIC APPEARANCE

158405 v1

Diab, on behalf of Defendant James B. Nutter & Company, to appear telephonically at the December 17, 2013 scheduling conference set for 9:00 a.m. in Courtroom 3B of the above-titled court.

**IT IS FURTHER ORDERED** that Mr. Nutter is instructed to call Jeff Miller, Courtroom Deputy, at (702) 464-5420 before 4:00 p.m., December 16, 2013, to indicate a telephone number where he may be reached for the hearing. The courtroom deputy will initiate the call for the hearing.

DATED this 12th day of December, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

2

[PROPROSED] ORDER GRANTING
REQUEST FOR TELEPHONIC APPEARANCE

158405 v1