Tony M. Diab (NBN: 12954)
tdiab@shb.com
SHOOK HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614

Robert Flummerfelt (NBN: 11122)
7251 W. Lake Mead Blvd #300
Las Vegas, NV 89128
P: 702-562-4144
F: 702-866-9868

Attorneys for Defendant
James B. Nutter & Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOSEPH M. COSBY, individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby; JANA M. COSBY, individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. and Jana M. Cosby; and JAMES B. NUTTER & COMPANY,<br><br>             Defendants. | CASE NO: 13-cv-01374-GMN-PAL<br>Hon. Peggy A. Leen<br><br>**ORDER GRANTING REQUEST TO APPEAR AT HEARING BY TELEPHONE**<br><br>Date:   December 17, 2013<br>Time:  9:00 a.m.<br>Ctrm.:  3B |

Having considered James B. Nutter & Company's request to appear at the scheduling conference set for December 17, 2013 at 9:00 a.m. by telephone, and good cause appearing therefore, **THE COURT HEREBY GRANTS** leave for Tony M.

[PROPROSED] ORDER GRANTING
REQUEST FOR TELEPHONIC APPEARANCE

158405 v1

1  Diab, on behalf of Defendant James B. Nutter & Company, to appear telephonically at
2  the December 17, 2013 scheduling conference set for 9:00 a.m. in Courtroom 3B of
3  the above-titled court.

4      **IT IS FURTHER ORDERED** that Mr. Nutter is instructed to call Jeff Miller,
5
6  Courtroom Deputy, at (702) 464-5420 before 4:00 p.m., December 16, 2013, to indicate a
7  telephone number where he may be reached for the hearing. The courtroom deputy will
8  initiate the call for the hearing.

9
10     DATED this 12th day of December, 2013.

                                                    Peggy A. Leen
                                                    United States Magistrate Judge

2

[PROPROSED] ORDER GRANTING
REQUEST FOR TELEPHONIC APPEARANCE

158405 v1