# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>JOSEPH M. COSBY, individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby; JANA M. COSBY, individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby; JMC TRUST, as the Alter Ego and/or Nominee of Defendants Joseph M. Cosby and Jana M. Cosby; and JAMES B. NUTTER & COMPANY,<br><br>    Defendants. | Case No. 2:13-cv-01374-GMN-PAL<br><br>     ORDER GRANTING MOTION FOR LEAVE TO APPEAR AT THE DECEMBER 17, 2013 SCHEDULING CONFERENCE BY TELEPHONE<br><br>DATE:       DECEMBER 17, 2013<br>TIME:       9:00 AM<br>CTRM:     3B<br>HON. PEGGY A. LEEN |

The United States of America moved to appear at the December 17, 2013 Case Management and Scheduling Conference presently set for 9:00 AM in Courtroom 3B of this court by telephone. This Court having considered the motion, being fully advised of the premises and for good cause shown,

IT IS HEREBY ORDERED that the motion is granted as follows:

Counsel for the United States, Mr. Perla, may appear at the December 17, 2013 Case Management and Scheduling Conference AT 9:00 AM in Courtroom 3B of this court by telephone.

IT IS FURTHER ORDERED that Mr. Perla is instructed to call Jeff Miller, Courtroom Deputy, at 702-464-5420, to indicate a telephone number where he may be reached for the hearing. The courtroom deputy will initiate the call for the hearing.

1  SO ORDERED, this 35ý "day of"F gego dgt. 2013.

2

3  _____
   UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22