Case 2:13-cv-01374-GMN-PAL   Document 27   Filed 01/15/14   Page 1 of 6
<strong>/</strong>

KATHRYN KENEALLY
Assistant Attorney General

LEE PERLA
Trial Attorney
U.S. Dept. of Justice
P.O. Box 683
Washington, D.C.  20044
Tel:	202-616-9183
Fax:	202-307-0054
Lee.Perla@usdoj.gov

*Of Counsel*
DANIEL G. BOGDEN
United States Attorney
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH M. COSBY, *individually and as Trustee for* JMC TRUST, *as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby*; JANA M. COSBY, *individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby*; JMC TRUST, *as the Alter Ego and/or Nominee of Defendants Joseph M. Cosby and Jana M. Cosby*; and JAMES B. NUTTER & COMPANY,<br><br>    Defendants. | Case No.  2:13-cv-01374-GMN-PAL<br><br>JUDGMENT |

Pursuant to the parties' Joint Stipulation as to liability and consent to entry of judgment on the United States' Complaint to Reduce Federal Tax Assessments to Judgment and foreclose its tax liens, the Clerk is directed to enter judgment as follows:

1. In favor of the United States and against Joseph M. Cosby individually, federal income tax (Form 1040) liabilities and related penalties and interest as set forth in paragraphs 37 through 43, the total amount of which equaled $215,886.88, less any payments, plus interest accruing after July 31, 2013 pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) until paid in full;

2. In favor of the United States and against Joseph M. Cosby and Jana M. Cosby jointly and severally, federal income tax (Form 1040) liabilities and related penalties and interest as set forth in paragraphs 44 through 50, the total amount of which equaled $13,702.47, less any payments, plus interest accruing after July 31, 2013 pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) until paid in full; and

3. In light of the separate agreement and joint stipulation of the parties, the United States' Third Claim For Relief (Foreclose Federal Tax Liens On The Property) against all defendants is dismissed without prejudice.

**IT IS SO ORDERED** this 15th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

CERTIFICATE OF SERVICE

On this date, I filed the foregoing with the Clerk of Court using the CM/ECF system, and I deposited the foregoing, postage prepaid, in the U.S. Mail addressed to the following:

>Kenneth A. Burns
>KOLESAR & LEATHAM
>400 S. Rampart Blvd., Suite 400
>Las Vegas | NV 89145
>Tel:   702.362.7800
>Fax:  702.362.9472
>kburns@klnevada.com
>*Attorney for Joseph M. and Jana M. Cosby*
>
>Tony M. Diab
>Shook, Hardy & Bacon LLP
>Jamboree Center
>5 Park Plaza, Suite 1600
>Irvine, CA 92614-2546
>Tel:   949.475.1500
>Fax:  949.475.0016
>TDIAB@shb.com
>*Attorney for James B. Nutter Company*

/s/ Lee Perla
LEE PERLA
Trial Attorney
U.S. Department of Justice

| | |
|---|---|
| 1   KATHRYN KENEALLY | KENNETH A. BURNS, Esq. |
|      Assistant Attorney General | KOLESAR & LEATHAM |
| 2 | 400 S. Rampart Blvd., Suite 400 |
|      LEE PERLA | Las Vegas, NV 89145 |
| 3   Trial Attorney | Tel: 702-362-7800 |
|      U.S. Dept. of Justice | Email: kburns@klnevada.com |
| 4   P.O. Box 683 | *Attorney Joseph M. and Jana M. Cosby* |
|      Washington, D.C. 20044 | |
| 5   Tel: 202-616-9183, Fax:202-307-0054 | TONY M. DIAB (NBN: 12954) |
|      Lee.Perla@usdoj.gov | SHOOK HARDY & BACON L.L.P. |
| 6 | Jamboree Center |
|      *Of Counsel* | 5 Park Plaza, Suite 1600 |
| 7   DANIEL G. BOGDEN | Irvine, California 92614 |
|      United States Attorney | ROBERT FLUMMERFELT (NBN: 11122) |
| 8   *Attorneys for the United States of America* | 7251 W. Lake Mead Blvd #300 |
| | Las Vegas, NV 89128 |
| | P: 702-562-4144, F: 702-866-9868 |
| | tdiab@shb.com |
| | *Attorneys for James B. Nutter & Company* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|      Plaintiff, | Case No. 2:13-cv-01374-GMN-PAL |
|      v. | |
| JOSEPH M. COSBY, *individually and as Trustee for* JMC TRUST, *as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby*; JANA M. COSBY, *individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby*; JMC TRUST, *as the Alter Ego and/or Nominee of Defendants Joseph M. Cosby and Jana M. Cosby*; and JAMES B. NUTTER & COMPANY, | JOINT STIPULATION AS TO LIABILITY AND ENTRY OF JUDGMENT |
|      Defendants. | |

[j

All of the parties, specifically the United States of America ("United States"), Joseph M. and Jana M. Cosby ("the Defendants"), and defendant James B. Nutter & Company, jointly stipulate and agree as follows:

1. Defendants are indebted to the United States for the unpaid assessed balances on federal tax related liabilities, penalties, and interest, for the taxes and tax periods specified in paragraphs 37 through 50 of the United States' Complaint, specifically the following:

    a. In favor of the United States and against Joseph M. Cosby individually, federal income tax (Form 1040) liabilities and related penalties and interest as set forth in paragraphs 37 through 43, the total amount of which equaled $215,886.88, less any payments, plus interest accruing after July 31, 2013 pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) until paid in full; and

    b. In favor of the United States and against Joseph M. Cosby and Jana M. Cosby jointly and severally, federal income tax (Form 1040) liabilities and related penalties and interest as set forth in paragraphs 44 through 50, the total amount of which equaled $13,702.47, less any payments, plus interest accruing after July 31, 2013 pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) until paid in full.

2. The United States and Defendants agree that the United States is entitled to an entry of judgment for the unpaid assessed balances on liabilities specified in paragraph 1, including accrued interest calculated under 26 U.S.C. §§ 6601, 6621 through July 31, 2013, plus additional statutory interest to accrue from the date of the Court's Order approving this stipulation, under 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621.

3. The parties stipulate to dismissal without prejudice pursuant to Rule 41(a)(2) of the United States Third Claim For Relief (Foreclose Federal Tax Liens On The Property) pursuant to a separate agreement.

4. The parties agree to the entry of and jointly move for the Court to order the Clerk to enter their proposed judgment, a copy of which is attached.

5. The parties agree that each party shall bear its own respective costs and attorney's fees incurred with respect to this litigation.

Respectfully submitted,[1]

| | |
|---|---|
| KATHRYN KENEALLY<br>Assistant Attorney General<br><br>/s/  Lee Perla<br>LEE PERLA<br>Trial Attorney<br>U.S. Dept. of Justice<br>P.O. Box 683<br>Washington, D.C.  20044<br>Tel:    202-616-9183<br>Fax:    202-307-0054<br>Lee.Perla@usdoj.gov<br><br>*Of Counsel*<br>DANIEL G. BOGDEN<br>United States Attorney<br>*Attorneys for the United States of America* | /s/ Kenneth A. Burns<br>KENNETH A. BURNS, Esq.<br>KOLESAR & LEATHAM<br>400 S. Rampart Blvd., Suite 400<br>Las Vegas, NV  89145<br>Tel:    702-362-7800<br>Email: kburns@klnevada.com<br>*Attorney for Joseph M. and Jana Cosby*<br><br>/s/ Tony M. Diab<br>TONY M. DIAB (NBN: 12954)<br>SHOOK HARDY & BACON L.L.P.<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, California 92614<br>ROBERT FLUMMERFELT  (NBN: 11122)<br>7251 W. Lake Mead Blvd #300<br>Las Vegas, NV 89128<br>P: 702-562-4144<br>F: 702-866-9868<br>tdiab@shb.com<br>*Attorneys for Defendant*<br>*James B. Nutter & Company* |

---

[1] Counsel for the Defendants authorized the United States to file this joint stipulation on January 10, 2014.