| | |
|---|---|
| KATHRYN KENEALLY<br>Assistant Attorney General<br><br>LEE PERLA<br>Trial Attorney<br>U.S. Dept. of Justice<br>P.O. Box 683<br>Washington, D.C.  20044<br>Tel: 202-616-9183, Fax:202-307-0054<br>Lee.Perla@usdoj.gov<br><br>*Of Counsel*<br>DANIEL G. BOGDEN<br>United States Attorney<br>*Attorneys for the United States of America* | KENNETH A. BURNS, Esq.<br>KOLESAR & LEATHAM<br>400 S. Rampart Blvd., Suite 400<br>Las Vegas, NV  89145<br>Tel:    702-362-7800<br>Email: kburns@klnevada.com<br>*Attorney Joseph M. and Jana M. Cosby*<br><br>TONY M. DIAB (NBN: 12954)<br>SHOOK HARDY & BACON L.L.P.<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, California 92614<br>ROBERT FLUMMERFELT  (NBN: 11122)<br>7251 W. Lake Mead Blvd #300<br>Las Vegas, NV 89128<br>P: 702-562-4144, F: 702-866-9868<br>tdiab@shb.com<br>*Attorneys for James B. Nutter & Company* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>      v.<br><br>JOSEPH M. COSBY, *individually and as Trustee for* JMC TRUST, *as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby*; JANA M. COSBY, *individually and as Trustee for JMC TRUST, as Alter Ego and/or Nominee of Joseph M. & Jana M. Cosby*; JMC TRUST, *as the Alter Ego and/or Nominee of Defendants Joseph M. Cosby and Jana M. Cosby*; and JAMES B. NUTTER & COMPANY,<br><br>   Defendants. | Case No.  2:13-cv-01374-GMN-PAL<br><br>JOINT STIPULATION IN RESPONSE TO JANUARY 16, 2014 ORDER<br><br>**<u>AND ORDER THEREON</u>** |

{j

All of the parties, specifically the United States of America ("United States"), Joseph M. and Jana M. Cosby ("the Defendants"), and defendant James B. Nutter & Company, respectfully respond to the Court's January 16, 2014 order as follows:

The parties stipulate and agree that their Joint Stipulation as to Liability and Entry of Judgment (ECF No. 26) should be construed as effective in resolving all claims brought by the United States in this action, that the Fourth Claim for Relief asserted in the Complaint should be dismissed without prejudice pursuant to Rule 41(a)(2), and that the case should be closed.

DATED this 17th of January, 2014.

Respectfully submitted,[1]

KATHRYN KENEALLY
Assistant Attorney General

/s/ Lee Perla
LEE PERLA
Trial Attorney
U.S. Dept. of Justice
P.O. Box 683
Washington, D.C. 20044
Tel: 202-616-9183
Fax: 202-307-0054
Lee.Perla@usdoj.gov

*Of Counsel*
DANIEL G. BOGDEN
United States Attorney
*Attorneys for the United States of America*

/s/ Kenneth A. Burns
KENNETH A. BURNS, Esq.
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
Tel: 702-362-7800
Email: kburns@klnevada.com
*Attorney for Joseph M. and Jana Cosby*

/s/ Tony M. Diab
TONY M. DIAB (NBN: 12954)
SHOOK HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
ROBERT FLUMMERFELT (NBN: 11122)
7251 W. Lake Mead Blvd #300
Las Vegas, NV 89128
P: 702-562-4144
tdiab@shb.com
*Attorneys for Defendant*
*James B. Nutter & Company*

---

[1] Counsel for the Defendants authorized the United States to file this joint stipulation on January 17, 2014.

# ORDER

**THE COURT HAVING READ** the foregoing Joint Stipulation of the parties in response to this Court's Order to Show Cause filed on January 16, 2014 (ECF No. 28), hereby makes the following findings:

**THE COURT FINDS** in accordance with the stipulation of the parties, that Plaintiff, United States of America, and Defendants, Joseph M. Cosby and Jana M. Cosby, and James B. Nutter & Company, have agreed that their Joint Stipulation as to Liability and Entry of Judgment (ECF No. 26) should be construed as effective in resolving all claims brought by the United States in this action.

**THE COURT FURTHER FINDS** in accordance with the stipulation of the parties that the Fourth Claim for Relief asserted in the Complaint (ECF No. 1) should be dismissed without prejudice pursuant to Rule 41(a)(2).

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation as to Liability and Entry of Judgment (ECF No. 26) **resolves all claims** brought by the United States in this action.

**IT IS FURTHER ORDERED** that the Fourth Claim for Relief asserted in the Complaint (ECF No. 1) is hereby **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

**DATED** this 20th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court